ROSE DE CANTO, *ADM'X, ETC.*, PLAINTIFF-PETITIONER, v. ERIE LACKAWANNA RAILROAD COMPANY, DEFENDANT-RESPONDENT.

*Mr. Francis Sorin* for the petitioner.

*Mr. Vincent E. McGowan* for the respondent.

February 15, 1967. Denied.

EDWIN EMRICH, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. MAYOR AND COUNCIL OF THE BOROUGH OF HAWORTH, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wittman, Anzalone & Bernstein* for the petitioners.

*Mr. Milton T. Lasher* for the respondent.

February 15, 1967. Denied.

NATALIE D'ORAZIO, *ADM'X., ETC.*, PLAINTIFF-PETITIONER, v. ROBERT ROWLAND, DEFENDANT-RESPONDENT.

*Messrs. Baker, Garber, Chazen & Duffy* for the petitioner.

*Messrs. Stevens & Mathias* for the respondent.

February 15, 1967. Denied.